IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**OTHA BENSON**
**ADC # 101648**                                                                                                          **PETITIONER**

v.                           Case No. 5:14-cv-00050 KGB/JJV

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered in this matter on this day, the Court dismisses with prejudice this case. The Court denies a certificate of appealability.

SO ADJUDGED this 31st day of March, 2015.

_____
Kristine G. Baker
United States District Judge